IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD HOLIFIELD,

    Plaintiff,

vs.                                           4:11-CV-15-SPM/WCS

DEPARTMENT OF HEALTH
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Answer (doc. 3) and Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss (doc. 6), it is hereby ORDERED AND ADJUDGED as follows:

1. The Motions (docs. 3, 6) are GRANTED.

2. The Defendant's Motion to Dismiss Amended Complaint (doc. 5) is accepted as timely filed.

3. Plaintiff shall have until March 4, 2011, to respond to the Motion to Dismiss.

**DONE AND ORDERED** this <u>first</u> day of March, 2011.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Chief United States District Judge